JL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erianny Yarubi Rodriguez Balza, | No.    CV-26-02472-PHX-AMM (DMF) |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE** |
| John E. Cantu, et al., | |
| Respondents. | |

Petitioner Erianny Yarubi Rodriguez Balza filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.)

Petitioner is a native and citizen of Venezuela who entered the United States on August 23, 2022. (*Id.* ¶ 1.) Petitioner applied for the 2023 designation of Venezuelan Temporary Protected Status ("TPS"), which was granted. (*Id.* ¶ 16.) On April 23, 2025, she again was granted TPS, which remains valid through at least October 2, 2026. (*Id.*) On September 15, 2025, Petitioner arrived for a scheduled check-in with Immigration and Customs Enforcement ("ICE") and was detained by ICE officers. (*Id.* ¶ 17.) Petitioner has remained in detention since that time. (*Id.*)

Petitioner asserts her detention violates 8 U.S.C. § 1254a, which provides that an alien provided temporary protected status shall not be detained on the basis of the alien's immigration status in the United States. (*Id.* ¶ 37.) Petitioner also contends her detention violates the Due Process Clause of the Fifth Amendment "because it is not rationally related to any immigration purpose; because it is not the least restrictive mechanism for

accomplishing any legitimate purpose the government could have in imprisoning Petitioner; and because it lacks any statutory authorization." (*Id.* ¶ 40.) Petitioner asks the Court to order Respondents to immediately release her from custody. (*Id.* at 12.)

The Court will require Respondents to respond to the Petition. Any response must be supported by documentary evidence including, if applicable, affidavits signed under penalty of perjury by individuals with personal knowledge of the factual statements made therein.

Accordingly,

**IT IS ORDERED:**

(1)     Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(2)     If not already issued, the Clerk of Court must issue any properly completed summonses.

(3)     The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)     Respondents must show cause no later than **April 15, 2026** why the Petition should not be granted.

(5)     Petitioner may file a reply no later than **April 20, 2026**.

Dated this 10th day of April, 2026.

Honorable Angela M. Martinez
United States District Judge

- 2 -