# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erianny Yarubi Rodriguez Balza,<br><br>Petitioner,<br><br>v.<br><br>John E Cantu, et al.,<br><br>Respondents. | No. CV-26-02472-PHX-AMM (DMF)<br><br>**ORDER** |

Petitioner Erianny Yarubi Rodriguez Balza challenged her present immigration detention under 28 U.S.C. § 2241, arguing she has Temporary Protected Status and is not subject to detention. (Doc. 1.) The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 4.) Respondents' response stated: "Respondents do not oppose Petitioner's release." (Doc. 5 at 5.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her request for release from custody.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus is **GRANTED**. (Doc. 1.)

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within **two business days** of Petitioner's release.

**IT IS FINALLY ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 25th day of June, 2026.

Honorable Angela M. Martinez
United States District Judge

- 2 -